_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 16, 2025

PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. DIDION, SBN CA 133491
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
ALYSSA A. ROGAN, SBN CA 354257
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: justin.c.valencia@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>COUTURE INVESTMENTS 1, LLC,<br><br>　　　　　Debtor. | Case No. 25-14546-abl<br>Chapter 11 Subchapter V<br><br>Hearing Date: October 15, 2025<br>Hearing Time: 1:30 p.m.<br>Teleconference line: (833) 435-1820<br>Meeting ID: 161 110 6049<br>Passcode: 154251#<br><br>Estimated Time: 10 minutes |

**ORDER GRANTING U.S. TRUSTEE'S MOTION UNDER 11 U.S.C. § 1112(B) AND**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(F) AND 9014,**
**TO DISMISS OR CONVERT CHAPTER 11 CASE AND RESERVATION OF RIGHTS**

1

The Court, having considered the *U.S. Trustee's Motion Under 11 U.S.C. § 1112(b) and Federal Rules of Bankruptcy Procedure 1017(f) and 9014, to Dismiss or Convert Chapter 11 Case and Reservation of Rights* (the "Motion") [ECF No. 16]; having considered all papers and pleadings filed regarding the Motion including the supporting *Declaration of Bryan G. Coleman* [ECF No. 17]; having conducted a hearing with respect to the Motion on October 15, 2025, at 1:30 p.m. with Justin C. Valencia, Esq. appearing on behalf of the United States Trustee and with other appearances as noted on the record, and the Court having considered the respective arguments; having found that adequate and proper notice and service of the Motion and of such hearing was provided to parties-in-interest; having found the Court has jurisdiction over this core matter; having stated its findings of fact and conclusions of law on the record at the conclusion of such hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and for good cause appearing as indicated on the record,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. § 1112(b), the above-captioned Chapter 11 case is hereby **DISMISSED**; and

**IT IS FURTHER ORDERED** that any hearings related to this Chapter 11 case are hereby vacated.

**IT IS SO ORDERED**.

Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: */s/ Justin C. Valencia*
    Justin C. Valencia, Esq.
    Trial Attorney for the United States Trustee

###

2

## **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☒ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 15, 2025                    */s/ Justin C. Valencia*
                                           Justin C. Valencia, Esq.
                                           Trial Attorney for the United States Trustee

3